**Opinion issued October 27, 2016**



In The

# Court of Appeals

For The

# First District of Texas

———————————

## NO. 01-16-00698-CV

———————————

## IN RE S.W., Relator

---

## Original Proceeding on Petition for Writ of Mandamus

---

## MEMORANDUM OPINION

Relator, S.W., has filed a petition for a writ of mandamus, challenging the trial court's orders (1) denying his "Motion to Reform the Judgment"; (2) denying his "Motion to Strike the Order Retaining Suit and Docket Control Order"; and (3) setting the case for trial.[1]

We deny the petition.

---

[1] The underlying case is *In the Interest of D.W., A Child*, cause number 14CP0057, pending in the 306th District Court of Galveston County, Texas, the Honorable Anne B. Darring, presiding.

**PER CURIAM**

Panel consists of Chief Justice Radack and Justices Keyes and Higley.